| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> MATTHEW D. CAPLAN, ESQ. (SBN 260388) <br> **COOLEY LLP** <br> 3 Embarcadero Center, Floor 20 <br> San Francisco, CA 94111-4004 <br> TELEPHONE NO.: (415) 693-2000   FAX NO. (Optional): (415) 693-2222 <br> E-MAIL ADDRESS (Optional): mcaplan@cooley.com <br> ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: ANTARES SYSTEMS INC. | CASE No.: |
|---|---|
| DEFENDANT/RESPONDENT: SOPHIA XU | 3:25-cv-00838-LJC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> COOLEYPA-0015930.GE |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons in a Civil Action
   b. [X] Complaint - Demand for Jury Trial
   c. [X] Civil Cover Sheet
   e. [ ] First Amended Complaint
   f. [ ] Second Amended Complaint
   g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents):* NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR MAGISTRATE JUDGE LISA J. CISNEROS (Effective October 23, 2023); NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION

3. a. Party served *(specify name of party as shown on documents served):*
      **SOPHIA XU**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **1342 MCALLISTER STREET, SAN FRANCISCO, CA 94115**

5. I served the party (check proper box)

   a. [ ] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*                                (2) at *(time):*

   b. [X] **By Substituted Service.** On *(date):* **01/30/2025**    at *(time):* **5:59 PM**    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*
      **VIVEK AITHAL, CO-OCCUPANT**

      (1) [X] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date):*                from *(city):*                **or [X]** A Declaration of Mailing is attached.

      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: ANTARES SYSTEMS INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SOPHIA XU | 3:25-cv-00838-LJC |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                      (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section)*:

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
      Under the following Code of Civil Procedure section:
                [ ] 416.10 (corporation)                    [ ] 415.95 (business organization, form unknown)
                [ ] 416.20 (defunct corporation)            [ ] 416.60 (minor)
                [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
                [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
                [ ] 416.50 (public entity)                  [ ] 415.46 (occupant)
                                                             [ ] Other

7. **Person who served papers**
   a. Name: TOD BRENNECK
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 480.06
   e. I am:

      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a Registered California process server:
                (i)   [ ] Owner    [ ] Employee    [X] Independent contractor.
                (ii)  Registration No.: 1247
                (iii) County: SAN FRANCISCO

8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ]  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: February 04, 2025

TODD BRENNECK
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                         ▶  (SIGNATURE)

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* <br> MATTHEW D. CAPLAN, ESQ. (SBN 260388) <br> **COOLEY LLP** <br> 3 Embarcadero Center, Floor 20 <br> San Francisco, CA 94111-4004 <br> Tel. No.: (415) 693-2000     Fax no.: (415) 693-2222 <br> *Attorney(s) for:* PLAINTIFF <br> *Reference No.:* COOLEYPA-0015930.GE | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** ||
| PLAINTIFF/PETITIONER:     ANTARES SYSTEMS INC. <br> DEFENDANT/RESPONDENT:     SOPHIA XU ||
| **DECLARATION OF DILIGENCE** | **CASE No.:** <br> 3:25-cv-00838-LJC |

I, TODD BRENNECK, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850**, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On **01/28/2025**, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT - DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR MAGISTRATE JUDGE LISA J. CISNEROS (Effective October 23, 2023); NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION, to be served on **SOPHIA XU**, at the following address:

**ATTEMPTED SERVICE AT:**
1342 MCALLISTER STREET
SAN FRANCISCO, CA 94115

| | |
|---|---|
| 01/29/2025 AT 07:50 AM | NO ANSWER AT THE DOOR. NO ACTIVITY OBSERVED. THIS IS A 3 UNIT BUILDING, 1340, 1342, 1344. |
| 01/29/2025 AT 6:58 PM | NO ANSWER AT DOOR. NO ACTIVITY OBSERVED. NO CARS ON SITE. |
| 01/30/2025 AT 5:59 PM | SUB-SERVED: VIVEK AITHAL, CO-OCCUPANT. STATED SUBJECT IS HER ROOMMATE AND DOES LIVE HERE BUT WAS NOT IN AT THE MOMENT. |

Person serving:
TODD BRENNECK
Express Network
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.: 1247
(3) County: SAN FRANCISCO

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: February 04, 2025

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| MATTHEW D. CAPLAN, ESQ. (SBN 260388)<br>**COOLEY LLP**<br>3 Embarcadero Center, Floor 20<br>San Francisco, CA 94111-4004<br>Tel. No.: (415) 693-2000    Fax no.: (415) 693-2222<br>*Attorney(s) for:*  PLAINTIFF<br>*Reference No.:* COOLEYPA-0015930.GE | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER:    ANTARES SYSTEMS INC.

DEFENDANT/RESPONDENT:    SOPHIA XU

**PROOF OF MAILING**

CASE No.:
3:25-cv-00838-LJC

At the time of mailing, I was at least 18 years old and not a party to the action

1. I mailed the following documents:

   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT - DEMAND FOR JURY TRIAL
   - CIVIL COVER SHEET
   - NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS
   - WAIVER OF THE SERVICE OF SUMMONS
   - ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   - STANDING ORDER FOR MAGISTRATE JUDGE LISA J. CISNEROS (Effective October 23, 2023)
   - NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
   - ECF REGISTRATION INFORMATION

2. (a) Addressed as follows:
   SOPHIA XU
   1342 MCALLISTER STREET
   SAN FRANCISCO, CA 94115

   (b) [ ] Business    [X] Residence    [ ] Other

3. On:  01/31/2025

4. Place: Los Angeles, CA

5. Type of mailing: U.S. First Class Mail

6. Person mailing:  VINNIE GARCIA

   EXPRESS NETWORK
   P.O. BOX 861057
   LOS ANGELES, CALIFORNIA 90086
   (213) 975-9850

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 04, 2025                            *Vinnie Garcia*
_____

PROOF OF MAILING