UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTARES SYSTEMS INC.,<br>　　　　Plaintiff,<br>　　v.<br>SOPHIA XU,<br>　　　　Defendant. | Case No. 25-cv-00838-JSC<br><br>**ORDER SETTING HEARING FOR PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 16 |

Plaintiff Antares Systems Inc., filed a motion for a temporary restraining order (TRO) directing Defendant Sophia Xu to cease her access, use, disclosure, or review of Plaintiff's property among other relief. (Dkt. No. 16.) The Court will hear in-person oral argument on Plaintiff's motion on Thursday, February 13, 2025 at 10:00 a.m.

Plaintiff's declaration attests it provided its TRO papers by email. (Dkt. No. 18 ¶ 7.) Plaintiff shall now similarly provide Defendant an email with this Order attached, notifying Defendant she may oppose the TRO in writing by Wednesday, February 12, 2025 and that she may appear to argue the motion in person on February 13, 2025. Plaintiff shall now also serve the TRO papers and this Order on Plaintiff in the same manner and at the same address where it served its complaint.

**IT IS SO ORDERED.**

Dated: February 10, 2025

JACQUELINE SCOTT CORLEY
United States District Judge